## MARSH v. TROTMAN

No. 42P90

Case below: 96 N.C.App. 578

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## MATTHEWS v. N.C. DEPT. CORRECTION

No. 81P90

Case below: 97 N.C.App. 142

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## MOSER v. MOSER

No. 542P89

Case below: 96 N.C.App. 273

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## NASH v. MOTOROLA COMMUNICATIONS AND ELECTRONICS

No. 568PA89

Case below: 96 N.C.App. 329

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.

## POSTON v. MORGAN-SCHULTHEISS, INC.

No. 106P90

Case below: 97 N.C.App. 142

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.